**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| M.L. et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 09-5831 |
| | : | |
| RADNOR TOWNSHIP SCHOOL DISTRICT | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE

**AND NOW,** this 5th day of February, 2010, a telephone conference is scheduled for Tuesday,

**February 23, 2010** at 2:00 p.m.  Counsel for Plaintiff  shall initiate the conference call prior to

calling Chambers.


/s/ Carole J. Ludwig

_____
Carole J. Ludwig, Deputy Clerk
Judge Mitchell S. Goldberg